UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JEFFERY BORDERS,

        Plaintiff,

                                         Case No.

v.

NEXTGEAR CAPITAL, INC.,

        Defendant.

---

## NOTICE OF REMOVAL

---

Defendant, NextGear Capital, Inc., by and through its counsel, hereby submits its Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446, and in support of the removal of this action from the Circuit Court of Milwaukee County, Wisconsin, to the United States District Court for the Eastern District of Wisconsin, states as follows:

1. This action was initiated by the plaintiff, Jeffery Borders, in the Circuit Court of Milwaukee County, Wisconsin, and is currently pending in said Court as Civil Action No. 2026-CV-001398.

2. This action was filed by the plaintiff on February 17, 2026. The defendant, NextGear Capital, Inc., was served by a process server through its registered agent with a copy of the Summons and Complaint and the documents referenced in paragraph 3 on February 23, 2026. A copy of the Summons and Complaint is attached to this Notice as Exhibit A.

3. On February 18, 2026, the plaintiff filed Plaintiff's Notice of Motion and Motion for Temporary Injunction, Declaration of Jeffery Borders, Brief in Support of Motion for Temporary Injunction, and proposed Order Granting Temporary Injunction. Copies of the Notice of Motion and Motion, Declaration, Brief, and proposed Order are attached to this Notice as Exhibits B, C, D, and E.

4. On February 27, 2026, the defendant filed its Notices of Appearance. Copies of the Notices of Appearance are attached to this Notice as Exhibits F and G.

5. On March 3, 2026, the plaintiff filed an Affidavit of Service of the documents attached hereto as Exhibits A, B, C, D, and E upon the defendant. A copy of the Affidavit of Service is attached to this Notice as Exhibit H.

6. Defendant has not been served with any process, pleadings or orders in this action, and no other process, pleadings or orders have been filed in this action other than the documents attached hereto as Exhibits A, B, C, D, E, F, G, and H.

7. This notice is timely filed pursuant to 28 U.S.C. § 1446(b)(3), in that thirty (30) days have not expired since February 23, 2026, the date on which the defendant, NextGear Capital, Inc., was served with a copy of the Summons and Complaint.

8. The plaintiff, Jeffery Borders, is an adult citizen of Milwaukee, Wisconsin. The defendant, NextGear Capital, Inc., is a Delaware corporation having its principal place of business in Atlanta, Georgia.

9. Based upon the nature of the allegations in the Complaint and its causes of action for defamation, deceptive trade practices, commercial

disparagement under the Lanham Act § 43(a), 15 U.S.C. § 1125(a)(1)(B), invasion of privacy, and declaratory and injunctive relief, the matter in controversy in this action exceeds the sum of $75,000, exclusive of interest and costs.

10. This Court has original jurisdiction of this action pursuant to 28 U.S.C. § 1332 because the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, and is between an individual and a corporation deemed citizens of different states. The plaintiff also alleges commercial disparagement under the Lanham Act, 15 U.S.C. § 1125(a)(1)(B), which presents a federal question over which this Court also has jurisdiction pursuant to 28 U.S.C. § 1331.

WHEREFORE, the defendant, NextGear Capital, Inc., respectfully requests that this case be removed from the Milwaukee County Circuit Court of Wisconsin to the United States District Court for the Eastern District of Wisconsin.

Dated: March 20, 2026.

<div style="margin-left:40%">

_s/Andrew R. Brehm_

Thomas Gonzalez
State Bar No. 1025484
Andrew R. Brehm
State Bar No. 1091306
Attorneys for Defendant
SCOPELITIS GARVIN LIGHT HANSON &
FEARY, P.C.
330 East Kilbourn Avenue, Suite 827
Milwaukee, WI 53202
Telephone: (414) 219-8500
Fax: (414) 278-0618
E-Mail: tgonzalez@scopelitis.com
            abrehm@scopelitis.com

</div>

4896-6480-6038, v. 1

3